1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA,      )        No.  CR 09 - 01124 MHP
                                    )
13                    Plaintiff,    )
            v.                      )        **STIPULATION AND [PROPOSED]**
14                                  )        **ORDER**
                                    )
15   BLANCA SILVA, *et al.*,        )
                                    )
16                                  )
                                    )
17                    Defendants.   )
     _____)

18

19        WHEREAS, the government is in the process of providing discovery to counsel for all

20   defendants, and where the discovery consists of extensive loan files and financial records relating

21   to multiple real estate transactions, such that the matter is considered complex under 18 U.S.C. §

22   3161(h)(8)(B)(ii);

23        WHEREAS, counsel for the defendants will need sufficient time to review the discovery,

24   in order to effectively prepare for the defense of this matter, pursuant to 18 U.S.C. §

25   3161(h)(7)(B)(iv);

26        WHEREAS, counsel for the parties jointly agree and stipulate that a continuance of this

27   matter is appropriate given the and the need for effective preparation of counsel and where the

28   next available date where all counsel are available is June 7, 2010, such that there is a need for a

STIPULATION AND [PROPOSED] ORDER
*United States v. Silva*
[CR 09 - 01124 MHP]                 1

1    continuance to such date based on continuity of counsel, pursuant to 18 U.S.C. §

2    3161(h)(7)(B)(iv);

3          THEREFORE, the parties mutually and jointly stipulate that the matter should be

4    continued, based on the complexity of this case, the need for effective preparation of counsel, and

5    the need for continuity of counsel, and the parties jointly request that the Court continue the

6    matter until **Monday, June 7, 2010, at 10:00 a.m.**  The parties agree that continuing the case

7    until June 7, 2010, is necessary, given the complexity of the case, the need for defense counsel to

8    review and analyze a large amount of discovery, and the need to maintain continuity of counsel.

9    The parties also agree that failing to grant a continuance would deny counsel for the defense the

10    reasonable time necessary for effective preparation and continuity of counsel, taking into account

11    the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

12          The parties also agree, and the Court has found previously, that the case involves

13    government allegations of a complicated fraud scheme with substantial evidence, both paper and

14    electronic, and that thus "the case is so unusual or so complex, due to . . . the nature of the

15    prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect

16    adequate preparation for pretrial proceedings or for the trial itself within the time limits

17    established" by the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(8)(7)(ii).

18          Finally, the parties agree that the ends of justice served by excluding time until June 7,

19    2010,  outweigh the best interest of the public and the defendant in a speedy trial.

20    Id. § 3161(h)(A).

21

22    **STIPULATED:**

23    DATED: April 23, 2010             /S/
                                           EDWIN PRATHER

24                                            Attorney for JOSE SILVA

25

26    DATED: April 23, 2010             /S/
                                           GERI LYNN GREEN

27                                            Attorney for BLANCA SILVA

28

STIPULATION AND [PROPOSED] ORDER
*United States v. Silva*
[CR 09 - 01124 MHP]          2

1   DATED: April 23, 2010                              /S/
2                                              WILLIAM TAGGART, Jr.
                                               BARBARA N. MORRISON
3                                              Attorneys for CHRISTINE ARREGUIN

4
    DATED: April 23, 2010                              /S/
5                                              TIMOTHY J. LUCEY
                                               Assistant United States Attorney
6

7                                    **ORDER**

8          For good cause shown, the Court continues the matter until **Monday, June 7, 2010, at**

9   **10:00 a.m.**

10         The Court enters this order excluding time from April 26, 2010, up to and including June

11  7, 2010.  Specifically, the parties agree, and the Court finds and holds that such that time should

12  be excluded until June 7, 2010, and furthermore that failing to grant a continuance until June 7,

13  2010, would unreasonably deny the defendant continuity of counsel, and also would deny

14  defense counsel the reasonable time necessary for effective preparation, taking into account the

15  exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

16         The parties also agree, and the Court finds and holds, that the case involves government

17  allegations of a complicated fraud scheme with substantial evidence, both paper and electronic,

18  and that thus "the case is so unusual or so complex, due to . . . the nature of the prosecution, or

19  the existence of novel questions of fact or law, that it is unreasonable to expect adequate

20  preparation for pretrial proceedings or for the trial itself within the time limits established" by the

21  Speedy Trial Act.  See 18 U.S.C. § 3161(h)(8)(B)(ii).

22         Finally, the parties also agree, and the Court finds and holds, that the ends of justice served by

23  excluding time from April 26, 2010, through June 7, 2010, outweigh the best interest of the

24  public and the defendant in a speedy trial.  Id. § 3161(h)(A).

25         **IT IS SO ORDERED.**

26

27  **DATED:**  4/23/2010

28                                        IT IS SO ORDERED

                                          Judge Marilyn H. Patel

    STIPULATION AND [PROPOSED] ORDER
    *United States v. Silva*
    [CR 09 - 01124 MHP]                    3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
*United States v. Silva*
[CR 09 - 01124 MHP]                    4